UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| **HAMMERLUND, LYNN MARTHA** | ) Bankruptcy Case No. 15-83098 TML |
| | ) Chapter 7 |
| | ) |
| Debtor(s). | ) |

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 28, 2016, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

HAMMERLUND, LYNN MARTHA
131 CUNAT COURT, UNIT 1B
LAKE IN THE HILLS, IL 60156

MICHAEL T. BARRETT, SR.
530 ROCKLAND ROAD
CRYSTAL LAKE, IL 60014
*(via ECF Electronic Transmission)*

U.S. TRUSTEE'S OFFICE
780 REGENT ST., STE. 304
MADISON, WI 53715
*(Via ECF Electronic Transmission)*

First National Bank of Omaha
c/o Franks, Gerkin & McKenna PC
19333 E. Grant Highway
Marengo, IL 60152

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

/s/ Debbie M. Harris

JAMES E. STEVENS, Trustee
6833 STALTER DRIVE
ROCKFORD, IL 61108
Phone: (815) 962-6611
Fax: (815) 962-1758
jstevens@bslbv.com