# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In re: HAMMERLUND, LYNN MARTHA | §   Case No. 15-83098 |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $4,390.00
*(without deducting any secured claims)*

Assets Exempt:  $4,390.00

Total Distribution to Claimants: $3,857.51

Claims Discharged
Without Payment: $56,004.02

Total Expenses of Administration: $2,142.49

3)  Total gross receipts of $      6,000.00      (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $          0.00      (see **Exhibit 2**), yielded net receipts of  $6,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,142.49 | 2,142.49 | 2,142.49 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 11,828.79 | 48,032.74 | 48,032.74 | 3,857.51 |
| **TOTAL DISBURSEMENTS** | $11,828.79 | $50,175.23 | $50,175.23 | $6,000.00 |

4)  This case was originally filed under Chapter 7 on December 16, 2015. The case was pending for 11 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/06/2016                         By:   /s/JAMES E. STEVENS                         

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance - Uncle's Life Insurance Benefit | 1149-000 | 6,000.00 |
| **TOTAL GROSS RECEIPTS** | | $6,000.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,350.00 | 1,350.00 | 1,350.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 780.00 | 780.00 | 780.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 2.49 | 2.49 | 2.49 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,142.49 | $2,142.49 | $2,142.49 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | First National Bank of Omaha | 7100-000 | N/A | 47,659.97 | 47,659.97 | 3,827.57 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 372.77 | 372.77 | 29.94 |
| NOTFILED | Gray & Gray LLC | 7100-000 | 3,828.00 | N/A | N/A | 0.00 |
| NOTFILED | RMCB Collection Agency | 7100-000 | 180.26 | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Cassel LLC | 7100-000 | 7,134.00 | N/A | N/A | 0.00 |
| NOTFILED | Franks Gerkin & McKenna | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Credit Control LLC | 7100-000 | 386.53 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Good Shepherd Hospital | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Family Practice Specialists | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $11,828.79 | $48,032.74 | $48,032.74 | $3,857.51 |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | |
|---|---|
| **Case Number:** 15-83098 | **Trustee:**    (330420)    JAMES E. STEVENS |
| **Case Name:**    HAMMERLUND, LYNN MARTHA | **Filed (f) or Converted (c):** 12/16/15 (f) |
| | **§341(a) Meeting Date:** 01/14/16 |
| **Period Ending:** 11/06/16 | **Claims Bar Date:** 05/19/16 |

| Ref. # | 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Inheritance - Uncle's Life Insurance Benefit | Unknown | 6,000.00 | | 6,000.00 | FA |
| 2 | 2003 Honda Civic | 1,800.00 | 0.00 | | 0.00 | FA |
| 3 | Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Wearing Apparel | 250.00 | 0.00 | | 0.00 | FA |
| 5 | Ring | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Cash | 20.00 | 0.00 | | 0.00 | FA |
| 7 | Checking Account with PNC Bank | 25.00 | 0.00 | | 0.00 | FA |
| 8 | Security Deposit with Landlord | 1,195.00 | 0.00 | | 0.00 | FA |
| 9 | 403(b) with Judson University  (u)<br>See Amended Schedules filed February 16, 2016. | Unknown | 0.00 | | 0.00 | FA |
| **9** | **Assets**    Totals (Excluding unknown values) | **$4,390.00** | **$6,000.00** | | **$6,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    June 30, 2016        **Current Projected Date Of Final Report (TFR):**    June 25, 2016  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 15-83098 | |
| Case Name: HAMMERLUND, LYNN MARTHA | |
| | |
| Taxpayer ID #: **-***2426 | |
| Period Ending: 11/06/16 | |

| | |
|---|---|
| Trustee: | JAMES E. STEVENS (330420) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******0566 - Checking Account |
| Blanket Bond: | $6,620,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/24/16 | {1} | WILLIAM F. BARON | INHERITANCE FROM UNCLE | 1149-000 | 6,000.00 | | 6,000.00 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,990.00 |
| 06/08/16 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2016 FOR CASE #15-83098, bOND #016018067 | 2300-000 | | 2.49 | 5,987.51 |
| 08/25/16 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $780.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 780.00 | 5,207.51 |
| 08/25/16 | 103 | JAMES E. STEVENS | Dividend paid 100.00% on $1,350.00, Trustee Compensation; Reference: | 2100-000 | | 1,350.00 | 3,857.51 |
| 08/25/16 | 104 | First National Bank of Omaha | Dividend paid 8.03% on $47,659.97; Claim# 1; Filed: $47,659.97; Reference: | 7100-000 | | 3,827.57 | 29.94 |
| 08/25/16 | 105 | Quantum3 Group LLC as agent for | Dividend paid 8.03% on $372.77; Claim# 2; Filed: $372.77; Reference: | 7100-000 | | 29.94 | 0.00 |

| | Receipts | Disbursements | Account Balance |
|---|---|---|---|
| ACCOUNT TOTALS | 6,000.00 | 6,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 6,000.00 | 6,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $6,000.00 | $6,000.00 | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ******0566 | 6,000.00 | 6,000.00 | 0.00 |
| | $6,000.00 | $6,000.00 | $0.00 |